**RECEIVED**

APR 11 2014

MB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Thomas Davis
_____
_____
_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Rahm Emanuel
Gary McCarthy
Chicago Police Ofc. 1
Chicago Police, Ofc. 2
_____
_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

14CV2689
JUDGE COLEMAN
MAGISTRATE JUDGE MASON

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

  **X**  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

  _____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

  _____  **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

    A.    Name: Thomas Davis

    B.    List all aliases: N/A

    C.    Prisoner identification number: 20131004246

    D.    Place of present confinement: Cook Co. Jail

    E.    Address: 2700 S. California, Chicago, IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Rahm Emanuel

           Title: Mayor

           Place of Employment: City of Chicago

    B.    Defendant: Gary McCarthy

           Title: Superintendent, Police

           Place of Employment: City of Chicago

    C.    Defendant: Chicago Police Ofc. 1

           Title: Police Officer

           Place of Employment: City of Chicago

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D: Defendant: Chicago Police Ofc. 2
Title: Police Officer
Place of Employment: City of Chicago

2

Revised 9/2007

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A.   Name of case and docket number: ___N/A___

   B.   Approximate date of filing lawsuit: ___N/A___

   C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: ___N/A___

   D.   List all defendants: ___N/A___

   E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ___N/A___

   F.   Name of judge to whom case was assigned: ___N/A___

   G.   Basic claim made: ___N/A___

   H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ___N/A___

   I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(Introduction)

1. This action arises out of violations of the 4th Amendment to the U.S. constitution, and contains claims made for unlawful detention, false charges, and unlawful search and seizure, on part of Chicago police officers 1, 2 and under the supervisory approval of the violations by Gary McArthy Chicago police Superintendent and Rahm Emanuel, Mayor of the City of Chicago a claim for the tort of assault and battery is also stated in this claim.

(Facts)

2. On April 27, 2012 Tyrish London (London) The plaintiffs Brother, had some "personal Belongings" inside of a bag near his residence in his hand.

3. Police officers 1 & 2 had no articulable facts available to them at the time to suggest that criminal activity was afoot. But saw a Bag & seized London.

4. Officers 1 & 2 pursued London, and siezed him on his front porch.

5. The plantiff, Thomas Davis (Davis) was inside the house with

4

Revised 9/2007

his grandmother, Jonell walker (walker) The owner of the residence (unlawful search & siezure)

6. After apprehending London, officers 1 & 2 violated the sanctity of walkers home by kick the door in and searching it top to bottom with no just cause.

7. The officer located a small amount of marijuana and unlawfully arrested Davis aswell.

8. The officers illegally performed a search of walker and Davis's private Dwelling with no warrant, or justification. They were not in fresh pursuit of London because he was already in custody, also without just cause.

(STATE TORT claim of Assault & BATTERY)

9. While apprehending Davis, officers 1 & 2 handcuffed Davis, Dragged him by the handcuffs, To the living Room and began to both repeatedly kick him, causin extreme pain.

10. Davis was injured as a result, Denied medical attention and now suffers from Depression, anxiety and emotional Distress as a result of his pain and suffering.

(False Charges)

11. Davis and London were charged with possession of cannabis and crack cocaine. The court found "no probable cause" for the arrest and illegal Detention of Davis and London and subsequently the charges were dropped on the courts own motion at preliminary hearing.

(unlAwful DeTenTion)

12. Davis was unlawfully Detained as a result of These false charges for same. (cannibus & cocaine)

13. London was unlawfully Detained as a result of These false charges for possesion of (cannibus and cocaine)

14. These officers have backgrounds Dealling with complaints regarding these same issues. Gary mcarthy and Rahm Emanuel, knew these officers had a propensity to violate citizens rights and Turned a blind eye to that extent which caused London and Davis and walker to be further victims to these officers' currupt reprehensible conduct, Therefore These supervisory officials are responsible.

15. ms. walker is elderly and now suffers from these traumatic events, she suffers Depression, Anxiety and emotional distress.

16. Punative Damages are warranted in this case due to the malice involved, plaintiffs injuries and "cpDs" History of These same abuses of authority given to them.

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1.) Compensatory Damages in the amount of 4 million Dollars for unlawful Search and Seizure
2.) Compensatory Damages in the amount of 2 million Dollars for false charges
3.) Punitive Damages in the amount of 10 million Dollars for total disregard of my rights and the level of malice involved in the case.
4.) Damages in the amount of 1.5 million on each Defendant for assault and Battery totaling 6 million.

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 27th day of Mar., 20 14

_Thomas Davis_
(Signature of plaintiff or plaintiffs)

Thomas Davis
(Print name)

2013004246
(I.D. Number)

Cook Co. Jail.
2700 S. California
Chicago, IL 60608
(Address)

6                                                  Revised 9/2007