UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Thomas Davis

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Rahm Emanuel
Gary McCarthy
Matthew J. O'Brien
James A. Bansley

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No: **14 C 2689**
(To be supplied by the <u>Clerk of this Court</u>)

RECEIVED
Feb 13, 2015
FEB 13 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**       **AMENDED COMPLAINT**

    X       **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
            **U.S. Code** (state, county, or municipal defendants)

    _____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
            **28 SECTION 1331 U.S. Code** (federal defendants)

    _____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Thomas Davis

   B. List all aliases: N/A

   C. Prisoner identification number: M13747

   D. Place of present confinement: Vienna Correctional Center

   E. Address: 6695 State Route Vienna, IL 62995

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Rahm Emanuel
      Title: Mayor
      Place of Employment: City of Chicago

   B. Defendant: Gary McCarthy
      Title: Superintendent, Police
      Place of Employment: City of Chicago

   C. Defendant: Matthew J. O'Brien
      Title: Police Officer
      Place of Employment: City of Chicago

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

   D. Defendant: James A. Bansley
      Title: Police Officer
      Place of Employment: City of Chicago

2

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _This case # 14cv2689_

    B.    Approximate date of filing lawsuit: _march 2014_

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.    List all defendants: _Rahm Emanuel, Gary McCarthy, Matthew J. O'Brien, James A. Bansley_

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Cook county_

    F.    Name of judge to whom case was assigned: _Coleman_

    G.    Basic claim made: _____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _pending_

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Introduction

1. This action arises out of violations of the 4th Amendment to the U.S constitution, and contains claims made for unlawful detention, false charges, unlawful search & seizure, on part of chicago police officers (Matthew J. O'Brien)(James A. Bansley) & under the supervisory approval of the violations by Gary McCarthy Chicago police Superintendent & Rahm Emanuel, mayor of the city of chicago a claim for the tort of Assault & battery is also stated in this action

(Facts)

2. On April 27, 2012 Tyrish London (London) the plaintiff's Brother, had some "personal belongings" inside of a bag near his residence in his hand.

3. Police officers Matthew J. O'Brien & James A. Bansley had no Articulable facts available to them at the time to suggest that criminal activity was afoot, But saw a Bag & seized London.

4. Officers (O'Brien) & (Bansley) pursued London, & seized him on his front porch.

5. The plaintiff, Thomas Davis (Davis) was inside the house with his grandmother, Jonell Walker (Walker) The owner of the residence.

UNLAWFUL SEARCH & SEIZURE

Revised 9/2007

6. After apprehending London, officers (O'Brien & Bensley) violated the sanctity of Walker's home by kicking the door & searching it top to bottom with no just cause.

7. The officer located a small amount of marijuana & unlawfully arrested Davis as well.

8. The officers illegally performed a search of Walker & Davis private dwelling with no warrant, or justification. They were not in fresh pursuit of London because he was already in custody, also without just cause.

## State Tort Claim of Assault & Battery

9. While apprehending Davis, officers (O'Brien & Bensley) handcuffed Davis, dragged him by the handcuffs, to the living room & began to kick him causing extreme pain.

10. Davis was injured as a result, denied medical attention & now suffers from depression, anxiety & emotional distress as a result of his pain & suffering.

## False Charges

11. Davis & London were charged with possession of cannabis & crack cocaine. The court found "No probable cause" for the arrest & illegal detention of Davis & London & subsequently the charges were dropped on the courts own motion at preliminary hearing.

12. Davis was unlawfully detained as a result of these false charges for (cannibus & cocaine)

13. London was unlawfully Detained as a result of these false Charges for possession of (cannibus ¿ cocaine)

14. Ms. Walker is Elderly and now suffers from these traumatic Events, she suffers Depression, anxiety and Emotional distress.

15. Punative Damages are warrented in this case due to the malice involved, plaintiffs injuries and "CPD's" History of these same abuses of authority given to them.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Compensatory Damages in the amount of 4 million Dollars for unlawful Search & seizure
2. Compensatory Damages in the amount of 2 million Dollars for false charges.
3. Punitive Damages in the amount of 10 million Dollars for total disregard of my rights and the level of malice involved in the case
4. Damages in the amount of 1.5 million on each Defendent for assault and Battery totaling 6 million.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __7__ day of __FEB__, 20__15__

_____Thomas Davis_____
(Signature of plaintiff or plaintiffs)

_____Thomas Davis_____
(Print name)

_____M13747_____
(I.D. Number)

_____6695 State Route 146 E_____
_____VIENNA, IL 62995_____
(Address)

6                                             Revised 9/2007