# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Thomas Davis

                        Plaintiff,

v.                                              Case No.: 1:14–cv–02689
                                                     Honorable Sharon Johnson Coleman

Rahm Emanuel, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 27, 2015:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 4/27/2015. Plaintiff failed to appear. This action is dismissed for want of prosecution. Defendants' motion to Dismiss for Failure to State a Claim [26] is moot. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.